**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMAR JEIREB,

        *Petitioner,*

    v.

JAMAL L. JAMISON, et al.,

        *Respondents.*

CIVIL ACTION

NO. 26-70

## <u>ORDER</u>

**AND NOW**, this 5th day of February 2026, upon consideration of the Motion to Modify Court Order, (Dkt. No. 7), and the Government's Response in Opposition, (Dkt. No. 8), it is hereby **ORDERED** that the Motion is **DENIED**.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                Gerald J. Pappert, J.